ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| ARS Aleut Construction, LLC | ) | ASBCA No. 62637 |
| | ) | |
| Under Contract No. W912D0-19-D-0004 | ) | |

APPEARANCE FOR THE APPELLANT:  Kenneth A. Martin, Esq.
  The Martin Law Firm, PLLC
  McLean, VA

APPEARANCES FOR THE GOVERNMENT:  Scott N. Flesch, Esq.
  Army Chief Trial Attorney
  CPT Philip L. Aubart, JA
  Trial Attorney

## ORDER OF DISMISSAL

The Board is in receipt of the parties' joint submission, dated February 23, 2021, requesting that this appeal be dismissed without prejudice. The parties assert that appellant has undergone a management change, and its new management has reassessed its continued interest in pursuing this appeal. Accordingly, the appeal is hereby dismissed without prejudice pursuant to Board Rule 18. Unless either party or the Board act to reinstate the appeal within one year from the date of this Order, the dismissal shall be deemed with prejudice.

Dated:  March 4, 2021

LIS B. YOUNG
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62637, Appeal of ARS Aleut Construction, LLC, rendered in conformance with the Board's Charter.

Dated:  March 5, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals